# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GORDON KEOLA CARVALHO,

   *Petitioner,*

vs.

PAUL THOMPSON,

   *Respondent*.

3:19-cv-00277-LRH-WGC

ORDER

Petitioner has filed a habeas petition under 28 U.S.C. § 2241 apparently seeking to challenge the calculation of presentence credit on his federal criminal sentence. Petitioner was sentenced in the District of Alaska, and he is confined within the Western Division of the Central District of California. This Court has no jurisdiction over petitioner's custodian, and there is no connection with this District apparent on the face of the papers. In all events, a § 2241 habeas petition must be brought in the district of confinement. *See, e.g., Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). The Court finds that transfer to the district of confinement pursuant to 28 U.S.C. § 1631 is in the interest of justice.

IT THEREFORE IS ORDERED that the Clerk of Court shall TRANSFER this action to the Western Division of the United States District Court for the Central District of California.

DATED this 28th day of May, 2019.

                                                    _____
                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE