JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| GORDON KEOLA CARVALHO, | No. 2:19-cv-04646-JDE |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| FELIPE MARTINEZ, Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying Petition,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: September 30, 2019

_____
JOHN D. EARLY
United States Magistrate Judge